UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____
_____ DIVISION

In re _Smith, Phyllis Evann_ )  Case No. _13-82101_
) Chapter _7_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In Accordance with Fed. R. Bankr. P. 1006. I apply for permission to pay the Filing Fee amounting to $_____ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for service in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _50.00_ Check one  ☐ With the filing of the petition, or
   ☒ On or before _6/28/2013_

   $ _50.00_ on or before _7/28/2013_

   $ _100.00_ on or before _8/28/2013_

   $ _106.00_ on or before _____

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN 10 2013
KENNETH S. GARDNER, CLERK
DEPUTY CLERK - LD

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____ _Phyllis Evann Smith_ _6/10/2013_
Signature of Attorney    Date    Signature of Debtor    Date
(In a joint case, both spouses must sign.)

_____ _____
Name of Attorney    Signature of Joint Debtor (if any)    Date

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_Phyllis Evann Smith_   ████-6429
Printed or Typed Name of Bankruptcy Petition Preparer   Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x _Phyllis Evann Smith_    _6/10/2013_
Signature of Bankruptcy Petition Preparer    Date

*Bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may results in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

FORM3 5/98                                                                                                   3

# United States Bankruptcy Court
## Northern District Of Illinois

In re  Smith, Phyllis Evaun
         Debtor

Case No. 13-82101

Chapter _____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

[x] IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

[ ] IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one [ ] With the filing of the petition, or
                         [ ] On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

[ ] IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk of the U.S. Bankruptcy Court  LRO

Date: 6-10-13

_____
*United States Bankruptcy Judge*